IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CORBIN JOSEPH RYAN,<br><br>                    Defendant. | 4:12CR3138<br><br>MEMORANDUM AND ORDER |

The defendant has moved for release to residential drug treatment. (Filing No. 18). However, his criminal record includes many incidents of failing to appear for court proceedings, and the defendant was on probation or on bond release during the time period identified in the indictment. The defendant was charged in a drug case in Sioux City while on probation, and he ultimately absconded from probation.

The defendant has received many opportunities through several other courts to modify his behavior, and has repeatedly demonstrated a risk of nonappearance and danger to the public.

Accordingly,

IT IS ORDERED that the defendant's motion to modify conditions of release, (Filing No. 18), is denied without a hearing.

February 8, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge