IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CORBIN JOSEPH RYAN,<br><br>                    Defendant. | 4:12CR3138<br><br>FINAL ORDER OF FORFEITURE |

      This matter is before the Court upon the plaintiff's Motion for Final Order of Forfeiture (filing 45). On April 26, 2013, the Court entered a preliminary order of forfeiture (filing 30) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to violating 21 U.S.C. § 846, and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the preliminary order of forfeiture, the defendant's interest in $628.00 in United States currency was forfeited to the United States.

      As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 2, 2013, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 44) was filed on July 16, 2013. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

      IT IS ORDERED:

      1.    The plaintiff's Motion for Final Order of Forfeiture (filing 45) is granted.

      2.    All right, title, and interest in and to the $628.00 in United States currency, held by any person or entity, are hereby forever barred and foreclosed:

      3.    The $628.00 in United States currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

DATED this 24th day of July, 2013.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge