IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  CORBIN JOSEPH RYAN,  Defendant. | 4:12-CR-3138  ORDER |

IT IS ORDERED:

1. The government's motion to dismiss (filing 82) is granted.

2. The petition for offender under supervision (filing 71) is dismissed.

3. The December 9, 2022 hearing is cancelled.

Dated this 6th day of December, 2022.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge